IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) | No. |
| vs. | ) ) ) ) ) ) | JUDGMENT IN A CIVIL CASE |
| Defendant. | ) |  |

***JURY VERDICT.***  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

***DECISION BY COURT:***  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Dated: _____        PRIDGEN J. WATKINS_____
                                                      Clerk

                                                      */s/ Dianne Eveland*_____
                                                      (By)  Clerk